IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60311
Summary Calendar
_____

LARRY L. LUCKETT,

Plaintiff-Appellant,

versus

ANN L. LEE; ETHEL CARLIZE; WILLIE M. WILLIAMS;
JAMES BREWER; J. SPIVEY; RANDY ROBINSON,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:96-CV-204-S-D
- - - - - - - - - -

September 14, 1999

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Larry L. Luckett, a Mississippi prisoner (# 42982), appeals the district court's order granting summary judgment to the defendants in his civil rights action.

Luckett alleged that the defendants retaliated against him for filing lawsuits and prison grievances, by issuing a false Rules Violation Report ("RVR") against him, and then convicting him of the rules violation and placing him in close confinement. The district court did not err in concluding that there was no

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

genuine issue of material fact as to whether the defendants retaliated against Luckett.  See FED. R. CIV. P. 56(c) and (e); Celotex Corp. v. Catrett, 477 U.S. 317, 325 (1996).  Luckett has not produced direct evidence or alleged a "chronology of events" from which retaliation may be inferred.  See Woods v. Smith, 60 F.3d 1161, 1166 (5th Cir. 1995).  Moreover, he has repeatedly admitted to the primary conduct--sexual relations with another inmate--that formed the basis of the challenged RVR.  Luckett's allegations about being placed in close confinement do not state a cognizable constitutional claim, because he had no protected liberty interest in remaining in his prison's general population. See Sandin v. Conner, 515 U.S. 472, 484-85 (1995).  The judgment of the district court is AFFIRMED.

AFFIRMED.